# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

WESTERN HERITAGE INSURANCE
COMPANY,

    Plaintiff,

vs.

NATIONAL SURETY CORPORATION,

    Defendant.

2:14-cv-00118-KJD-VCF
**ORDER**

Before the Court is the Stipulation and Order to Extend Discovery (#27).

IT IS HEREBY ORDERED that a telephonic hearing on the Stipulation and Order to Extend Discovery (#27) is scheduled for 10:00 a.m., June 19, 2015.  The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 1st day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE