THEODORE J. KURTZ
NEVADA BAR NO. 1344
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:     702.228.7717
Facsimile:     702.228.8824
Email:         tkurtz@selmanbreitman.com

Attorneys for Plaintiff/Counter-Defendant WESTERN HERITAGE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL SURETY CORPORATION; ASSOCIATED INDEMNITY CORPORATION; and DOES I-X, inclusive, <br><br> Defendants. | Case No.   2:14-cv-00118-KJD-VCF <br><br> **STIPULATION AND ORDER TO STAY ALL PROCEEDINGS UNTIL FINAL RESOLUTION OF UNDERLYING STATE COURT ACTION** |
| NATIONAL SURETY CORPORATION; and ASSOCIATED INDEMNITY CORPORATION, <br><br> Counter-Claimants, <br><br> v. <br><br> WESTERN HERITAGE INSURANCE COMPANY, <br><br> Counter-Defendant. | |

1

WHEREAS, the focus of the present declaratory relief action is on contribution and indemnity issues between Western Heritage Insurance Company (hereinafter "Western Heritage") and by Associated Indemnity Corporation (hereinafter "Associated Indemnity") and National Surety Corporation (hereinafter "National Surety") based on an award of damages to Tyrin Salinas, the plaintiff in a separate underlying State Court tort action, identified as Case No. A547417 in the Eighth Judicial Court (hereinafter "the underlying action"), and to determine the apportionment between Western Heritage, Associated Indemnity and National Surety for the payment of the defense fees and costs to defend Donahue Schriber in the underlying action; and

WHEREAS, the resolution of the underlying action will establish the amount of damages that the underlying plaintiff will receive and also establish the amount of the defense fees and costs to defend Donahue Schriber; and

WHEREAS, it will conserve judicial resources to stay the declaratory relief action in the present case until the total amount of damages and defense fees and costs are established in the underlying action;

IT IS HEREBY STIPULATED AND AGREED by and between Theodore J. Kurtz, counsel for Western Heritage and Benjamin J. Carman, counsel for National Surety and Associated Indemnity, that all proceedings and the present declaratory relief action be stayed.

IT IS FURTHER STIPULATED AND AGREED that the stay will be lifted 20 calendar days after the expiration of the time period within which to appeal the judgment in the underlying action or 20 calendar days after any appeal in the underlying action has been finally resolved and if the parties to this present declaratory relief action have not voluntarily resolved their dispute.

Additionally, IT IS FURTHER STIPULATED AND AGREED that if there is no voluntary resolution of the present declaratory relief action and the stay is lifted, that the opposition of National Surety and Associated Indemnity to the pending motion for summary judgment filed on behalf of Western Heritage will be due within 21 calendar days after the date the stay is lifted.

3

Furthermore, IT IS STIPULATED AND AGREED that within 10 calendar days after the date the stay is lifted that counsel will prepare and submit to the court a proposed Supplemental Discovery Plan and Scheduling Order which addresses all discovery issues.

DATED: July 2, 2015          SELMAN BREITMAN LLP

By:    /s/ Theodore J. Kurtz
       THEODORE J. KURTZ
       NEVADA BAR NO. 1344
       3993 Howard Hughes Parkway, #200
       Las Vegas, NV 89169-0961
       Phone: 702.228.7717
       Facsimile: 702.228.8824
       Attorneys for Plaintiff/Counter-
       Defendant WESTERN HERITAGE
       INSURANCE COMPANY

DATED: July 2, 2015          HAGER & DOWLING

By:    /s/ Benjamin J. Carman
       BENJAMIN J. CARMAN
       NEVADA BAR NO. 12565
       4045 Spencer Street, Suite 408
       Las Vegas, NV 89119
       Attorneys for Defendants NATIONAL
       SURETY CORPORATION; ASSOCIATED
       INDEMNITY CORPORATION

**ORDER**

IT IS SO ORDERED.

DATED: July 2, 2015

_____
UNITED STATES MAGISTRATE JUDGE

IT IS FURTHER ORDERED that a status hearing is scheduled for 10:00 a.m., January 18, 2016, in courtroom 3D.