# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>vs.<br><br>NATIONAL SURETY CORPORATION; ASSOCIATED INDEMNITY CORPORATION,<br><br>         Defendants. | 2:14-cv-00118-KJD-VCF<br>**ORDER** |

Due to a conflict on the court's schedule,

IT IS HEREBY ORDERED that the status conference scheduled for 10:00 a.m., January 19, 2016 is advanced to 9:30 a.m., January 19, 2016, in courtroom 3D.

DATED this 29th day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE