GIL GLANCZ
NEVADA BAR NO. 9813
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone: 702.228.7717
Facsimile: 702.228.8824
Email: gglancz@selmanlaw.com

Attorneys for Plaintiff/Counter-Defendant
WESTERN HERITAGE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SURETY CORPORATION; ASSOCIATED INDEMNITY CORPORATION; and DOES I-X, inclusive,<br><br>Defendants. | Case No. 2:14-cv-00118-KJD-VCF<br><br>**WESTERN HERITAGE INSURANCE COMPANY'S MOTION TO SUBSTITUTE ATTORNEY** |
| NATIONAL SURETY CORPORATION; and ASSOCIATED INDEMNITY CORPORATION,<br><br>Counter-Claimants,<br><br>v.<br><br>WESTERN HERITAGE INSURANCE COMPANY,<br><br>Counter-Defendant. | |

COMES NOW plaintiff/counter-defendant Western Heritage Insurance Company (hereinafter "Western Heritage"), by and through its counsel, Selman Breitman LLP, and hereby

1

submits this motion to substitute Gil Glancz in place of Theodore J. Kurtz as counsel for Western Heritage.

## MEMORANDUM OF POINTS AND AUTHORITIES

Theodore J. Kurtz, who has previously appeared in these proceedings on behalf of Western Heritage, is no longer employed by Selman Breitman LLP, due to his recent retirement. By this motion, Gil Glancz, who is currently employed by Selman Breitman LLP, seeks to appear in place of Theodore J. Kurtz on behalf of Western Heritage for the remainder of this action.

No party will be prejudiced or otherwise affected by the withdrawal of Mr. Kurtz and the replacement of Mr. Glancz as counsel for Western Heritage in this matter. There is no need to continue any previously scheduled hearings and/or deadlines as a result of the granting of the instant motion. The relief requested in this motion is sought in good faith and not for the purpose of delay. Therefore, we respectfully request that the Court grant the instant motion and allow Gil Glancz to appear and replace Theodore J. Kurtz on behalf of Western Heritage for the remainder of this action.

DATED: September 11, 2017      SELMAN BREITMAN LLP

By: /s/ Gil Glancz
GIL GLANCZ
NEVADA BAR NO. 9813
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Phone: 702.228.7717
Facsimile: 702.228.8824
Attorneys for Plaintiff/Counter-Defendant
WESTERN HERITAGE INSURANCE COMPANY

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
DATED: 9-13-2017

# CERTIFICATE OF SERVICE

In accordance with Rule 5(b) of the Nevada Rules of Civil Procedure, I hereby certify that on the 11th day of September 2017, a copy of **WESTERN HERITAGE INSURANCE COMPANY'S MOTION TO SUBSTITUTE ATTORNEY** was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

/s/ Bonnie Kerkhoff Juarez
BONNIE KERKHOFF JUAREZ
An Employee of Selman Breitman LLP

99933.1 257.31545