# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SURETY CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:14-CV-00118-KJD-VCF<br><br>ORDER |

Presently before the Court is Plaintiff's Motion to Lift Stay and Permit Leave to Amend (#44). Defendant Associated Indemnity Company filed Non-opposition to Motion (#45) to which Plaintiff replied (#46). Having read and considered the briefing and good cause being found, the stay is lifted and the Clerk of the Court shall reopen this action. The parties are granted leave to amend. After meeting and conferring, the parties should submit a stipulated pleading, discovery plan and scheduling order to the magistrate judge within twenty-eight (28) days of the entry of this order.

**IT IS SO ORDERED.**

DATED this 12th day of March 2019.

_____
The Honorable Kent J. Dawson
United States District Judge